UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14026-CR-MIDDLEBROOKS/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAKLYN DOMINIQUE LEE,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** comes before this Court upon an Order of Reference from the District Court for this Court to conduct a proceeding for acceptance of a guilty plea by the Defendant in the above-referenced case. Having conducted a change of plea hearing on August 1, 2019, this Court recommends to the District Court as follows:

    1.    On August 1, 2019, this Court convened a hearing to permit the Defendant to change her plea in this criminal case. At the hearing's outset, this Court advised the Defendant of her right to have the District Judge assigned to this case conduct this proceeding. This Court advised the Defendant that it was conducting the Change of Plea Hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. This Court advised the Defendant that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing.

    2.    This Court advised the Defendant that she did not have to permit the undersigned United States Magistrate Judge to conduct this hearing but could request a United States District

Judge to conduct the Change of Plea Hearing instead. The Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the Change of Plea Hearing.

3. This Court conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is a written Plea Agreement which has been entered into by the parties in this case. This Court reviewed that Plea Agreement on the record and had the Defendant acknowledge that she signed the Plea Agreement. The Defendant pleaded guilty to Count One of the Indictment, which charges her with possession of a firearm and ammunition by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1). The Government agreed to dismiss the remaining count of the Indictment at the time of sentencing.

5. This Court reviewed with the Defendant the possible maximum sentence as set forth in the Plea Agreement. The Defendant acknowledged that she understood the charge against her and the possible maximum penalties that could be imposed in this case.

6. The Plea Agreement contains joint sentencing recommendations. Defendant acknowledged her understanding that the District Court is not required to follow the recommendations in the Plea Agreement. Defendant further understands that she will not be able to withdraw her plea of guilty if these recommendations are rejected by the District Court.

7. The Plea Agreement contains a forfeiture provision, which was reviewed with the Defendant. The Defendant acknowledged that she is voluntarily abandoning to law enforcement all right, title, and interest in the property described in the Plea Agreement.

8. The parties submitted a written Stipulation of Facts and Acknowledgement of Offense Elements in Support of Guilty Plea, which was signed by counsel for the Government,

counsel for the Defendant, and the Defendant. The Defendant acknowledged that she has read the Stipulation and discussed it with her attorney. The Defendant further acknowledged that she completely understands the Stipulation and agreed that it accurately sets forth the facts in her case as she understands them to be. This Court finds that the Stipulation sets forth all of the essential elements of the crime to which the Defendant is pleading guilty as well as any sentencing enhancements and/or aggravating factors that may be applicable. Counsel for the Government and counsel for the Defendant agreed that the Stipulation need not be read into the record since the original has been signed by all parties, including the Defendant, and the original would be filed with the Court.

9. Based on the foregoing and the plea colloquy that this Court conducted, this Court recommends to the District Court that the Defendant be found to have freely and voluntarily entered her guilty plea to Count One, and that the Defendant be adjudicated guilty of that offense.

10. The United States Probation Office will conduct a pre-sentence investigation and will issue a report for sentencing purposes. This Court notes that the Sentencing Hearing is set for **Monday, September 30, 2019 at 11:00 a.m. before District Judge Donald M. Middlebrooks at the Paul G. Rogers Federal Building and United States Courthouse, 701 Clematis Street, 2nd Floor, West Palm Beach, Florida 33401**.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's plea of guilty to Count One of the Indictment be accepted; that the Defendant be adjudicated guilty of the offense to which she pleads guilty; and that a sentencing hearing be conducted for final disposition of this case.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald M. Middlebrooks, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure Rule 59(b)(2), failure to file a timely objection to this Report and Recommendation waives the party's right to review, and it bars the party from attacking on appeal any legal rulings or fact findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this <u>1st</u> day of August, 2019.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE